UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 23-1484 JGB (JPRx) | Date | February 9, 2024 |
|---|---|---|---|
| Title | *Nelson Chilin v Jose G. Jimenez, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  Order to Show Cause Regarding Default Judgment (IN CHAMBERS)

On July 27, 2023, plaintiff Nelson Chilin ("Plaintiff") filed the complaint against defendant Jose G. Jimenez ("Defendant") and Does 1 through 10. (Dkt. No. 1.) On January 5, 2024, Plaintiff filed proof of service to Defendant—an answer was due by September 30, 2023. (Dkt. No. 15.) On January 8, 2024, the clerk entered default as to Defendant. (Dkt. No. 17.)

As of this writing, Plaintiff has not filed a motion for default judgment. Accordingly, the Court **ORDERS** Plaintiff to file a motion for default judgment no later than **February 19, 2024** or show cause in writing why this matter should not be dismissed. Failure to timely comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**