JS-6

1
2
3
4  UNITED STATES DISTRICT COURT
5  CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
6
7  NELSON CHILIN,                                    Case No. 5:23-cv-01484 JGB
                                                     (JPRx)
8                        Plaintiff,
9         v.
10                                                   **JUDGMENT**
   Jose G. Jimenez, et al.
11
12                       Defendants.
13
14
15       Pursuant to the Court's Order entered substantially contemporaneously, and
16  after considering the papers filed in support of the Motion for Default Judgment
17  filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:
18
19     1. Plaintiff's Motion for Default Judgment is **GRANTED**;
20
21     2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant Jose G.
          Jimenez on Plaintiff's Americans with Disabilities Act (ADA) claim;
22
23     3. Plaintiff is **AWARDED** $3,157, consisting of $2,560 in attorney's fees and
          $597 in costs;
24
25     4. Defendant is **ENJOINED** to ensure that accessibility barriers at the
26        Business located at 25788 E. Baseline St., San Bernardino, California are
27        removed and/or corrected; and
28

5. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendant Jose G. Jimenez. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge